FILED
OCT 31 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA '07 MJ 8892

| | |
|---|---|
| UNITED STATES OF AMERICA | ) MAGISTRATE CASE No: _____ |
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) 8 U.S.C. § 1324(a)(2)(B)(iii) |
| Brian DE LA CRUZ Flores | ) Bringing In Illegal Aliens |
| | ) Without Presentation (Felony) |
| Defendant. | ) |

The undersigned complainant, being duly sworn, states:

That on October 30, 2007, within the Southern District of California, defendant Brian DE LA CRUZ Flores, with the intent to violate immigration laws of the United States, knowing and in reckless disregard of the fact that one alien, namely, Maria Angelica MEDEL Tapia, had not received prior official authorization to come to, enter and remain in the United States, did bring to the United States said alien and upon arrival did not bring and present said aliens immediately to a Customs Border Protection Officer at the designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached Statement of facts, which is incorporated herein by reference.

_____
Izabel Figueroa, CBP
Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 31st DAY OF OCTOBER 2007.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
           v.
Brian DE LA CRUZ Flores

### STATEMENT OF FACTS

The complainant states that this complaint is based upon the reports of the apprehending officers and the investigation conducted by United States Customs & Border Protection Enforcement Officer Izabel Figueroa.

On October 30, 2007, at approximately 01:00 P.M., Brian DE LA CRUZ Flores arrived at the Calexico, California, West Port of Entry, as the driver of a 1994 Ford Coutour.

During the primary inspection, DE LA CRUZ Flores gave a negative Customs declaration to the primary United States Customs and Border Protection Officer (CBPO) Jesus Burgueno. CBPO Burgueno stated that he had owned the vehicle for approximately four months. DE LA CRUZ Flores also stated that he had purchased the vehicle at an auction. DE LA CRUZ Flores stated that he went to drop off his grandmother in Mexicali, Mexico. CBPO Burgueno noticed that a strong gasoline odor coming from the interior of the vehicle. CBPO Burgueno opted to refer the vehicle into secondary for further inspection.

In secondary inspection United States Customs and Border Protection Officer(CBPO) Jose Silva Lopez was approached by DE LA CRUZ Flores in which he received a negative Customs declaration. CBPO Silva Lopez proceeded to conduct his inspection and noticed an abnormality by the gas tank of the vehicle. CBPO Silva Lopez then proceeded to look inside the vehicle and noticed that the rear seat was lifted in which he discovered an undocumented alien, later identified as Maria

Angelica MEDEL Tapia. MEDEL Tapia was removed from the vehicle. MEDEL Tapia was wet with gasoline and complained of pain in her lower thigh leg area and upper arm. Paramedics were called and medically attended MEDEL Tapia. DE LA CRUZ Flores and MEDEL Tapia were taken to the Port Enforcement Team for further disposition.

DE LA CRUZ Flores was placed under arrest and advised of his rights per Miranda in the English language by United States Customs and Border Protection Enforcement Officer (CBPOE) Izabel Figueroa and witnessed by CBPOE Leticia Casillas. DE LA CRUZ Flores said he understood his rights and would answer questions without an attorney present.

DE LA CRUZ Flores stated he was aware the vehicle he was driving had a person concealed under the rear seat of the vehicle. DE LA CRUZ Flores stated that he had spoken to his neighbor name named "Jose" who had asked him if he wanted to smuggle some people into the United States. DE LA CRUZ Flores stated that he agreed and that he was going to paid $1000 to bring them in. DE LA CRUZ Flores also stated that he was going to drop off the undocumented alien at the Mc Donald's on Imperial Ave in Calexico, CA.

Material Witness Maria Angelica MEDEL Tapia stated that she is a citizen and national of Mexico with no legal entry documents to enter, reside or pass through the United States. MEDEL Tapia stated that she had made the smuggling arrangements with a friend to have her smuggled into the United States illegally. MEDEL Tapia stated she was told that once she crossed she would be told how much she was to pay for being smuggled

into the United States and that her final destination was to be Los Angeles, CA were she was to seek employment. When presented with a photo line-up MEDEL Tapia was unable to identify DE LA CRUZ Flores.

Material Witness:
    Name                                        Country of Birth

Maria Angelica MEDEL Tapia          MEXICO

Further, the complainant states that she believes said alien is a citizen of a country other than the United States; that said alien has admitted that she is deportable; that her testimony is material, that it is impracticable to secure her attendance at the trial by subpoena; and she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.