UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>)<br>Brian De La Cruz Flores )<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 07mj8892<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS on<br>07mj8892 only. *<br><br>Booking No. 01717298 |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be ~~released from custody:~~ (Bond Posted / (Case Disposed) / Order of Court).

Maria Angelica Medel Tapia

*Material witness to remain in custody on 07mj2782.

DATED: 11/30/07

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk